OPINION — AG — **** POLICE OFFICERS — WITNESS FEES **** POLICE OFFICERS APPEARING IN CRIMINAL CASES ARE ENTITLED TO BE PAID WITNESS FEES PROVIDED BY LAW. EXCEPTION AS TO APPEARANCES IN MUNICIPAL COURTS NOT OF RECORD AND POSSIBLE EXCEPTION AS TO JUVENILE PROCEEDINGS ARE NOTED. CITE: 28 O.S. 1970 Supp., 81 [28-81], 28 O.S. 1970 Supp., 82 [28-82], 11 O.S. 1970 Supp., 958.10 [11-958.10] (HUGH COLLUM)